■ In the Matter of HARTFORD/NORTH BAILEY HOMEOWNERS ASSOCIATION, by FRANK S. PASZTOR, its President, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF AMHERST et al., Respondents. (Proceeding No. 1.) In the Matter of HARTFORD/ NORTH BAILEY HOMEOWNERS ASSOCIATION, by FRANK S. PASZTOR, its President, Appellant, v PLANNING BOARD OF THE TOWN OF AMHERST et al., Respondents. (Proceeding No. 2.) [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER WASHINGTON, Appellant, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [886 NYS2d 64]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra, Peradotto and Green, JJ.

■ MICHAEL A. DAVIS, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 106740.) [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON P. BEAMAN, Appellant. [885 NYS2d 707]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Frederick G. Reed, J.—Aggravated Unlicensed Operation of a Motor Vehicle, 1st Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ In the Matter of MARIA F. and Another, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMES F., Appellant. [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM KINCHEN, Appellant. [885 NYS2d 707]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Monroe County Court, Alex R. Renzi, J.— Termination of sentence pursuant to Executive Law § 259-j [3-a]). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE A. KING, Appellant. [885 NYS2d 707]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment